669 A.2d 877

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Terry Ray CHAMBERLAIN, Appellant.**

**No. 110 Capital Appeal Docket.**

Supreme Court of Pennsylvania.

Aug. 8, 1995.

## *ORDER*

PER CURIAM.

**AND NOW,** to wit, this **8th** day of **August, 1995,** the appeal is quashed without prejudice to raise issues relating to the May 2, 1995 order of the Bradford County Court of Common

Pleas in a direct appeal from the imposition of judgment of sentence.

MONTEMURO, J., is sitting by designation.